IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

MERLE A. SPEER and SANDRA L. SPEER,　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　　　　　　)　　TC-MD 111055N
　　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
MARION COUNTY ASSESSOR,　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　　　)　　**DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was set in this matter for 9:45 a.m. on November 22, 2011. Plaintiffs failed to appear for that proceeding. On December 6, 2011, Plaintiffs filed a letter stating "I am wishing to pursue this appeal. I am requesting an extension on the * * * case." The court set a second case management conference for 9:45 a.m. on January 4, 2012. Plaintiffs, again, failed to appear for the case management conference on January 4, 2012.

On January 5, 2012, the court issued an Order requiring Plaintiffs to file a written response to Defendant's motion to dismiss, included in its Answer. The January 5, 2012, Order further stated that Plaintiffs' response shall be postmarked by February 3, 2012, and that Plaintiffs' failure to file a written response would result in dismissal of this appeal.

As of the date of this Decision, the court has not received any further communication from Plaintiffs. Under such circumstances, Plaintiffs' appeal must be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this \_\_\_ day of February 2012.

_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on February 9, 2012. The Court filed and entered this document on February 9, 2012.*